1  Robert H. Bohn (SBN: 36283)
   BOHN & BOHN LLP
2  152 N. Third Street, Suite 200
3  San Jose, California 95112
   Telephone:  (408) 279-4222
4  Facsimile:  (408) 295-2222
   Attorneys for Plaintiff
5  DONNA LUCAS

6

7  Lawrence E. Butler (SBN 111043)
   SEYFARTH SHAW LLP
8  560 Mission Street, Suite 3100
   San Francisco, California 94105
9  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549

10 Attorneys for Defendants
11 METROPOLITAN LIFE INSURANCE COMPANY

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14                         SACRAMENTO DIVISION

15 DONNA LUCAS,                  ) Case No. 2:05-CV-01087–WBS-PAN
                                 )
16        Plaintiff,             ) **STIPULATION AND [PROPOSED]**
                                 ) **ORDER OF DISMISSAL WITH**
17    v.                         ) **PREJUDICE**
                                 )
18 METROPOLITAN LIFE INSURANCE   )
   COMPANY                       )
19                               )
          Defendant.             )
20                               )
                                 )
21 _____ )

22
         IT IS HEREBY STIPULATED by and between Plaintiff Donna Lucas ("Plaintiff"), and
23
   Defendant Metropolitan Life Insurance Company through their respective counsel of record that
24
   //
25
   //
26
   //
27

28 _____
                                        1
   Stipulation and [Prop.] Order of Dismissal With Prejudice; Case No.:  2:05-CV-01087-WBS-PAN

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiff's entire Complaint and all claims for relief are dismissed with prejudice, each party to
2  bear its own attorney's fees and costs.

3                                              Respectfully submitted,

6  Dated: _____ _____, 2006       BOHN & BOHN LLP

7                                              By _____
                                                    Robert Bohn

8  Attorneys for Plaintiff
9  DONNA LUCAS

11 Dated: _____, 2006       SEYFARTH SHAW LLP
12
13                                              By _____
                                                    Lawrence E. Butler

14 Attorneys for Defendant
15 Metropolitan Life Insurance Company

**IT IS SO ORDERED.**

**DATED:  March 28, 2006**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SF1_28233636.1

-2-
Stipulation and [Prop.] Order of Dismissal with Prejudice; Case No.:  2:05-CV-01087-WBS-PAN

PDF created with pdfFactory trial version www.pdffactory.com